B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Milner Distribution Alliance, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Schedule Attached** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **26-2875563** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**738 Synthes Ave<br>Monument, CO**<br><br>ZIPCODE **80132-8102** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**El Paso** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**PO Box 794<br>Monument, CO**<br><br>ZIPCODE **80132-0794** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

<table>
<tr>
<th>Type of Debtor<br>(Form of Organization)<br>(Check one box.)</th>
<th>Nature of Business<br>(Check one box.)</th>
<th>Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.)</th>
</tr>
<tr>
<td>
☐ Individual (includes Joint Debtors)<br>
<i>See Exhibit D on page 2 of this form.</i><br>
☑ Corporation (includes LLC and LLP)<br>
☐ Partnership<br>
☐ Other (If debtor is not one of the above entities,<br>
check this box and state type of entity below.)<br><br>
<b>Chapter 15 Debtor</b><br>
Country of debtor's center of main interests:<br><br>
Each country in which a foreign proceeding by,<br>
regarding, or against debtor is pending:
</td>
<td>
☐ Health Care Business<br>
☐ Single Asset Real Estate as defined in 11<br>
U.S.C. § 101(51B)<br>
☐ Railroad<br>
☐ Stockbroker<br>
☐ Commodity Broker<br>
☐ Clearing Bank<br>
☑ Other<br><br>
<b>Tax-Exempt Entity</b><br>
(Check box, if applicable.)<br>
☐ Debtor is a tax-exempt organization under<br>
Title 26 of the United States Code (the<br>
Internal Revenue Code).
</td>
<td>
☐ Chapter 7   ☐ Chapter 15 Petition for<br>
☐ Chapter 9     Recognition of a Foreign<br>
☑ Chapter 11   Main Proceeding<br>
☐ Chapter 12  ☐ Chapter 15 Petition for<br>
☐ Chapter 13   Recognition of a Foreign<br>
               Nonmain Proceeding<br><br>
<b>Nature of Debts</b><br>
(Check one box.)<br>
☐ Debts are primarily consumer  ☑ Debts are primarily<br>
debts, defined in 11 U.S.C.    business debts.<br>
§ 101(8) as "incurred by an<br>
individual primarily for a<br>
personal, family, or house-<br>
hold purpose."
</td>
</tr>
</table>

<table>
<tr>
<th>Filing Fee (Check one box)</th>
<th>Chapter 11 Debtors</th>
</tr>
<tr>
<td>
☑ Full Filing Fee attached<br><br>
☐ Filing Fee to be paid in installments (Applicable to individuals<br>
only). Must attach signed application for the court's<br>
consideration certifying that the debtor is unable to pay fee<br>
except in installments. Rule 1006(b). See Official Form 3A.<br><br>
☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>
only). Must attach signed application for the court's<br>
consideration. See Official Form 3B.
</td>
<td>
Check one box:<br>
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>
Check if:<br>
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less<br>
than $2,490,925 <i>(amount subject to adjustment on 4/01/16 and every three years thereafter).</i><br>
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>
Check all applicable boxes:<br>
☐ A plan is being filed with this petition<br>
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>
accordance with 11 U.S.C. § 1126(b).
</td>
</tr>
</table>

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ☑<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001 to<br>$1 million | ☑<br>$1,000,001 to<br>$10 million | ☐<br>$10,000,001<br>to $50 million | ☐<br>$50,000,001 to<br>$100 million | ☐<br>$100,000,001<br>to $500 million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001 to<br>$1 million | ☑<br>$1,000,001 to<br>$10 million | ☐<br>$10,000,001<br>to $50 million | ☐<br>$50,000,001 to<br>$100 million | ☐<br>$100,000,001<br>to $500 million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                              Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Milner Distribution Alliance, Inc.** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)                              Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                                Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Milner Distribution Alliance, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

  _____
  Telephone Number (If not represented by attorney)

  _____
  Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

  _____
  Printed Name of Foreign Representative

  _____
  Date

---

**Signature of Attorney\***

X */s/ Jeffrey A. Weinman*
  Signature of Attorney for Debtor(s)

**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**

**jweinman@epitrustee.com**

**September 23, 2014**
  Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
  Signature

  _____
  Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Richard Milner*
  Signature of Authorized Individual

**Richard Milner**
  Printed Name of Authorized Individual

**President**
  Title of Authorized Individual

**September 23, 2014**
  Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Milner Distribution Alliance, Inc. _____    Case No. _____

Debtor(s)

## VOLUNTARY PETITION
### Continuation Sheet - Page 1 of 1

All Other Names used by the Debtor in the last 8 years:

- **dba  3DP Vision**
- **dba  Gold Vision**
- **dba  Maxx Sunglasses**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## District of Colorado

IN RE:                                                    Case No. _____

**Milner Distribution Alliance, Inc.** _____     Chapter **11**

_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 4,537,951.75 | Gross Income to Date |
| 6,780,355.89 | 2013 Gross Income |
| 7,291,446.98 | 2012 Gross Income |

---

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 32,000.00 | 2014 - Sale of Assets |
| 50,000.00 | 2013 - Insurance settlement |

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None     *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other
☑    debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that
constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of
a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit
counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

None     *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately
☐    preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than
$6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married
debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **BusinessTruths Consulting, Inc.**<br>**4570 Hilton Pkwy Ste 106**<br>**Colorado Springs, CO 80907-3565** | **06/17/14** | 7,500.00 | 0.00 |
| **Charles M. Schayer & Co.**<br>**PO Box 17769**<br>**Denver, CO 80217-0769** | **06/26/14 - $10,221.75**<br>**07/15/14 - $ 7,068.76**<br>**07/16/14 - $24,616.57**<br>**08/07/14 - $21,484.93**<br>**08/22/14 - $11,428.26** | 74,820.27 | 24,672.33 |
| **Colorado Rockies**<br>**Coors Field**<br>**2001 Blake St**<br>**Denver, CO 80205-2060** | **06/16/14 - $10,010.00**<br>**06/26/14 - $31,250.00**<br>**08/18/14 - $31,250.00** | 72,510.00 | 31,250.00 |
| **Holland & Hart**<br>**PO Box 17283**<br>**Denver, CO 80217-0283** | **08/18/14 - $15,000.00** | 15,000.00 | 60,095.72 |
| **Husch Blackwell**<br>**P.O. Box 802765**<br>**Kansas City, MO 64180-2765** | **07/10/14 - $ 8,867.04** | 8,867.04 | 25,146.00 |
| **IPFS Corporation**<br>**24722 Network Place**<br>**Chicago, IL 60673-1247** | **06/17/14 - $3,099.99**<br>**07/17/14 - $3,099.99**<br>**08/17/14 - $3,099.99** | 9,299.97 | 0.00 |
| **Josep Coll Coll-Loras, S.A.**<br>**NIF, A-17315318 C/B N**<br>**11-13 Cornella De Terri**<br>**Girona Espana Spain,** | **06/20/14 - $15,170.98** | 15,170.98 | 0.00 |
| **Katzke Paper Co.**<br>**2495 S Delaware St**<br>**Denver, CO 80223-4322** | **06/26/14 - $ 3,422.34**<br>**07/23/14 - $ 8,223.44**<br>**08/07/14 - $ 2,728.87**<br>**08/14/14 - $ 7,084.20**<br>**08/21/14 - $ 9,762.54**<br>**09/18/14 - $14,968.68** | 46,190.07 | 44.76 |
| **Kirkpatrick Bank**<br>**25 N Cascade Ave**<br>**Colorado Springs, CO 80903-1641** | **06/16/14 - $6,348.17**<br>**07/16/14 - $6,348.17** | 12,696.34 | 0.00 |
| **Law Office Of Gregory A. Maceau, LLC**<br>**3225 Templeton Gap Rd Ste 205**<br>**Colorado Springs, CO 80907-8714** | **06/25/14 - $ 9,419.07**<br>**07/09/14 - $10,000.00**<br>**09/15/14 - $ 3,000.00** | 22,419.07 | 2,012.73 |
| **Arapahoe II, LLC**<br>**7700 E Arapahoe Rd Ste 300**<br>**Centennial, CO 80112-1269** | **08/01/14 - $6,015.39**<br>**09/01/14 - $2,028.31** | 8,043.70 | 0.00 |
| **Palmer Lake Technology Center, LLC** | **07/30/14 - $2,155.45** | 6,466.35 | 0.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| PO Box 1406<br>Monument, CO 80132-1406 | 08/01/14 - $2,155.45<br>09/01/14 - $2,155.45 | | |
| Colorado Business Bank<br>821 17th St<br>Denver, CO 80202-3040 | 06/29/14 - $ 6,963.32<br>07/09/14 - $10,868.00<br>08/11/14 - $  944.40<br>08/29/14 - $14,075.37 | 32,851.09 | 0.00 |
| Pitney Bowes<br>PO Box 371887<br>Pittsburgh, PA 15250-0000 | 07/07/14 - $5,843.80<br>07/07/14 - $  156.20<br>07/31/14 - $3,000.00<br>08/01/14 - $3,000.00<br>08/08/14 - $6,000.00 | 17,999.00 | 11,243.20 |
| American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | 07/03/14 - $54,681.12<br>08/13/14 - $ 4,226.46 | 58,907.58 | 45,328.00 |
| Merchant Solutions<br>920 N Argonne Rd Ste 200<br>Spokane Valley, WA 99212-2796 | 07/03/14 - $9,245.81<br>08/08/14 - $6,774.31 | 16,020.12 | 0.00 |
| Principal Life<br>Principal Financial Group<br>PO Box 2000<br>Mason City, IA 50402-2000 | 06/19/14 - 8/28/14 | 25,323.08 | 0.00 |
| Endicia | 6/16/14 - 8/25/14 | 9,069.90 | 0.00 |
| UPS Freight<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | 06/20/14 - 8/29/14 | 48,726.08 | 1,546.97 |
| Major League Baseball Properties, Inc.<br>Attn:  Royalty Dept.<br>245 Park Ave 34th Fl<br>New York, NY 10167-0002 | 7/15/14 | 30,000.00 | 0.00 |
| MHS Leasing<br>11100 Wayzata Blvd Ste 550<br>Hopkins, MN 55305-5518 | 06/26/14 - $3,000.00<br>08/18/14 - $14,292.94 | 17,292.94 | 0.00 |
| Metro Printing<br>2200 Chambers Rd Ste A<br>Aurora, CO 80011-3209 | 06/26/14 - $3,265.17<br>08/07/14 - $1,209.45<br>08/22/14 - $6,431.00 | 10,905.62 | 3,977.21 |
| Morganroth & Morganroth, PLLC<br>344 N Old Woodward Ave Ste 200<br>Birmingham, MI 48009-5310 | 07/10/14 - $25,000.00<br>08/08/14 - $25,000.00<br>09/01/14 - $10,000.00 | 60,000.00 | 170,488.65 |
| NewCloud Networks<br>PO Box 17688<br>Denver, CO 80217-0688 | 07/08/14 - $1,664.15<br>07/29/14 - $  577.07<br>08/04/14 - $4,196.82<br>08/22/14 - $2,465.16 | 8,903.20 | 2,058.28 |
| PD Electric<br>1341 Quartz Mountain Rd<br>Larkspur, CO 80118-8218 | 07/30/14 - $7,750.93<br>09/15/14 - $5,282.48 | 13,033.41 | 0.00 |
| Perkins Coie LLP<br>Client Accounting<br>1201 3rd Ave 49th Fl<br>Seattle, WA 98101-3029 | 07/10/14 - $10,000.00<br>08/07/14 - $ 5,858.00 | 15,858.00 | 23,785.50 |
| Plastic Creations LTD<br>4640 Ironton St<br>Denver, CO 80239-2924 | 06/26/14 - $14,842.68<br>07/23/14 - $10,696.61<br>08/05/14 - $24,813.52<br>08/22/14 - $10,669.79 | 61,021.60 | 5,763.07 |
| Potai Enterprise Co.<br>20 Yunung Road<br>New Orleans, LA 70151-0000 | 06/17/14 - $47,272.40<br>07/09/14 - $36,137.55<br>08/11/14 - $20,094.53 | 103,504.48 | 34,842.00 |
| Prohero Group Co. Ltd.<br>No. 399 Pen Tian Road<br>Tainan City | 07/09/14 - $10,530.00<br>09/02/14 - $10,530.00 | 21,060.00 | 0.00 |

70955 Tawain,

| Creditor | Dates/Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|
| Rocky Mountain Health Plans<br>PO Box 173704<br>Denver, CO  80217-3704 | 07/01/14 - $2,755.07<br>07/31/14 - $2,755.07<br>08/22/14 - $  988.24<br>09/09/14 - $3,249.19 | 9,747.57 | 3,852.13 |
| SDK!, LLC<br>PO Box 977<br>Monument, CO  80132-0977 | 06/26/14 - $10,559.20<br>07/30/14 - $10,559.20<br>08/20/14 - $10,559.20 | 31,677.60 | 0.00 |
| So Young Optical Co., Ltd.<br>6F, No. 13, Fuciang 3rd Street<br>East District Tainan City<br>701 Tawain, | 06/20/14 - $ 9,981.25<br>07/02/14 - $61,443.75<br>07/08/14 - $39,626.67<br>07/31/14 - $50,000.00<br>08/11/14 - $51,114.00<br>09/04/14 - $60,223.16<br>09/12/14 - $56,842.75 | 329,231.58 | 0.00 |
| Thor Iverson Consulting, Inc.<br>9971 Highland Glen Pl<br>Colorado Springs, CO  80920-2441 | 07/22/14 - $5,000.00<br>08/11/14 - $5,000.00 | 10,000.00 | 0.00 |
| Sunbird Computing, LLC<br>Attn:  Phillip Ray<br>3634 Haven Cir<br>Colorado Springs, CO  80917-2046 | 06/24/14 - $7,050.30<br>08/08/14 - $5,597.81<br>09/15/14 - $9,659.65 | 22,307.76 | 0.00 |
| West-Tech Communications<br>3902 Sandalwood Ln<br>Pueblo, CO  81005-7501 | 06/25/14 - $7,746.00<br>07/21/14 - $1,627.94<br>07/21/14 - $1,983.22 | 11,357.16 | 0.00 |
| Oakley<br>C/O Michael Friedland, Esq.<br>2040 Main St 14th Fl<br>Irvine, CA  92614-7216 | 6/26/14 | 37,500.00 | 112,500.00 |
| C.H. Robinson<br>36960 Eagle Way<br>Chicago, IL  60678-1369 | 06/26/14 - $27,249.59<br>08/05/14 - $   562.50 | 27,812.09 | 18,409.80 |
| Gregory Accounting<br>3210 Austin Dr<br>Colorado Springs, CO  80909-1056 | 06/24/14 - $  403.13<br>08/01/14 - $2,080.01<br>09/13/14 - $4,517.45 | 7,000.59 | 0.00 |
| Red Rocks Product Development<br>2650 E 40th Ave<br>Denver, CO  80205-3604 | 09/12/14 | 53,430.98 | 0.00 |

None ☐ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT<br>PAID | AMOUNT<br>STILL OWING |
|---|---|---|---|
| **David Milner**<br>**1876 Montura Vw Unit 102**<br>**Colorado Springs, CO  80919-4522**<br>**Brother of President, Richard Milner** | **Weekly payments of $1,750.00**<br>**pursuant to consulting agreement** | **91,000.00** | **0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Milner Distribution Alliance, Inc.**<br>**vs.**<br>**Scott Gessler, in his official**<br>**capacity s the Secretary of State**<br>**of the State of Colorado**<br>**Case No. 2014CV31432** | | **Denver District Court** | **Pending** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Bret Milner, individually and derivattivley on behalf of Milner Distribution Alliance, Inc. Plaintiff/Counterclaim Defendant vs. Richard Milner; Nancy Milner; and Milner Distribution Alliance, Inc. Defendants/Counterclaimants/Third Party Plaintiffs vs. Rebecca Milner, Third Party Defendant Case No. 2014CV031352** | | **El Paso County District Court    Pending** |
| **Oakley, Inc. vs. Milner Distribution Alliance, Inc., dba Maxx HD Sunglasses Case No. 13cv00572** | **Design Patent Infringement** | **US District Court for the Central District of California    Settled** |
| **Oakley, Inc. vs. Milner Distribution Alliance, Inc. dba Maxx Sunglasses HD Case No. 13cv00867** | **Trademark Infringement** | **US District Court for the District of Central California    Settled** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Peak Vista Community Health Center 722 S Wahsatch Ave Colorado Springs, CO 80903-4035** | **None** | **9/23/13** | **$10,000 cash donation** |
| **Peak Vista Community Health Center 722 S Wahsatch Ave Colorado Springs, CO 80903-4035** | **None** | **11/13/13** | **$1,000 cash donation** |
| **Pikes Peak Council Of Boy Scouts Of America 985 Filmore Ridge Heights Colorado Springs, CO 80907-0000** | **None** | **3/18/14** | **$5,000 cash donation** |

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Weinman & Associates, P.C.**<br>**730 17th St Ste 240**<br>**Denver, CO  80202-3506** | **8/19/14** | **35,000.00** |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Oakley, Inc.**<br>**Optics Service Center**<br>**11296 Harrel St**<br>**Mira Loma, CA  91752**<br>**None** | **May 2014** | **Pursuant to the Settlement Agreement with Oakley, Inc., Debtor sent Oakley all units of the Python, Python 2.0, Stealth and Diamond model sunglasses valued at $87,287.37** |
| **Sandboxr**<br>**Attn:  Taaga Young**<br>**6583 S Cottonwood St**<br>**Salt Lake City, UT  84107-7007**<br>**None** | **7/7/14** | **Debtor sold a 3D printer for $32,000 to Sandboxr** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Richard And Nancy Milner
740 Synthes Ave
Monument, CO  80132-8102

2000 HMD Utility Trailer valued at $2000

738 Synthes Avenue
Monument, CO

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **738 Synthes Avenue** **Monument, CO  80132** | **Maxx Sunglasses** | **August 2006 - Present** |
| **880 Commerical Lane** **Palmer Lake, CO  80133** | **3DP Vision** | **July 2014 - Present** |
| **7700 E. Arapahoe Rd.** **Centennial, CO  80112** | **Maxx Sunglasses** | **June 2014 - Present** |
| **5445 DTC Parkway** **Penthouse 4** **Greenwood Village, CO  80121** | **Maxx Sunglasses** | **March 2014 - June 2014** |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

<sub>None</sub> ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                           DATES SERVICES RENDERED

**Shauna Barker**
**738 Synthes Ave**
**Monument, CO  80132-8102**

**Stacey Story**
**738 Synthes Ave**
**Monument, CO  80132-8102**

**Hayden Gregory**
**Gregory Accounting**
**3210 Austin Dr**
**Colorado Springs, CO  80909-1056**

<sub>None</sub> ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

<sub>None</sub> ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

**Shauna Barker**
**738 Synthes Ave**
**Monument, CO  80132-8102**

**Stacey Story**
**738 Synthes Ave**
**Monument, CO  80132-8102**

**Hayden Gregory**
**Gregory Accounting**
**3210 Austin Dr**
**Colorado Springs, CO  80909-1056**

**BusinessTruths Consulting, Inc.**
**4570 Hilton Pkwy Ste 106**
**Colorado Springs, CO  80907-3565**

<sub>None</sub> ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                           DATE ISSUED

**Kirkpatrick Bank**                                       **Monthly Financial Statements through July 2013**
**25 N Cascade Ave**
**Colorado Springs, CO  80903-1641**

**Colorado Business Bank**                                 **Monthly Financial Statements since August 2013 - July 2014**
**118 E Pikes Peak Ave**
**Colorado Springs, CO  80903-1820**

**20. Inventories**

<sub>None</sub> ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Bret Milner**<br>**815 Woodmoor Acres Dr**<br>**Monument, CO  80132** | **Shareholder** | **3/13/14** |

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 23, 2014**            Signature: ***/s/ Richard Milner***

**Richard Milner, President**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case:14-22963-SBB   Doc#:1   Filed:09/23/14   Entered:09/23/14 07:30:24   Page14 of 49

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                   Case No. _____

Milner Distribution Alliance, Inc. _____   Chapter **11** _____
                            Debtor(s)

**SUMMARY OF SCHEDULES**

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $          0.00 | | |
| B - Personal Property | Yes | 3 | $    2,605,614.64 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $    2,111,334.99 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $      30,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | $     729,273.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 22 | $    2,605,614.64 | $    2,870,608.85 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6A (Official Form 6A) (12/07)**

IN RE **Milner Distribution Alliance, Inc.** _____    Case No. _____
<span style="margin-left:150px;">Debtor(s)</span><span style="margin-left:250px;">(If known)</span>

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | **TOTAL** | 0.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07)**

IN RE **Milner Distribution Alliance, Inc.** _____  Case No. _____
Debtor(s)                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Colorado Business Bank - Checking Account** | | 100.00 |
| | | **Colorado Business Bank - Checking Account** | | 0.00 |
| | | **Colorado Business Bank - Money Market Account** | | 0.00 |
| | | **Wells Fargo Bank - Checking Account** | | 0.00 |
| | | **Wells Fargo Bank - Checking Account** | | 68.85 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Arapahoe II, LLC - Security Deposit on lease of Suite 250** | | 3,000.00 |
| | | **Arapahoe II, LLC - Security Deposit on lease of Suite 270** | | 4,500.00 |
| | | **IREA Intermountain Rural Electric Assoc. - Security Deposit for utilities** | | 825.00 |
| | | **Palmer Lake Technology Center, LLC - Security Deposit on lease of space** | | 4,310.92 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07) -- Cont.**

**IN RE** Milner Distribution Alliance, Inc.                                    Case No. _____
Debtor(s)                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivalbe** | | **369,626.91** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Excess distributions to Bret Milner** | | **300,000.00** |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **7 Sunglass Design Patents** **3 US Patent Applications** **8 Copyrights** | | **unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Licenses with MLB, NFL, CLC and 3 independent schools** | | **unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer List (20,000 customers)** | | **unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Monaco Camelot Motor Home (value is midpoint between wholesale and retail - NADA)** | | **250,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Milner Distribution Alliance, Inc.** _____ Case No. _____

Debtor(s)          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Maxx Sunglasses - Machinery, Fixtures and Equipment ($100,965.95)**<br>**3DP Vision - Machinery, Fixtures and Equipment ($105,397.23)**<br>**3DP Vision Office Review - Machinery, Fixtures and Equipment ($5,976.60)**<br>**Denver Call Center - Machinery, Fixtures and Equipment ($29,823.65)**<br>**Denver Call Center Computers ($5,976.69)**<br>**Computer Purchases Worksheet ($6,666.64)**<br>**HydroGraphics ($18,376.20)**<br><br>**All values of machinery, fixtures and equipment are estimated values.** | | 273,182.96 |
| 30. Inventory. | | **Sunglasses Inventory (cost)** | | 1,400,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

 

**TOTAL**     **2,605,614.64**

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

**IN RE** Milner Distribution Alliance, Inc.          Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D) (12/07)**

IN RE __Milner Distribution Alliance, Inc.__      Case No. _____
         Debtor(s)                                                   (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Colorado Business Bank**<br>**118 E Pikes Peak Ave**<br>**Colorado Springs, CO 80903-1804** | X | | **Loan dated 12/20/13 secured by all inventory and accounts receivable**<br><br>VALUE $ **1,769,626.91** | | | | **1,957,496.79** | **187,869.88** |
| ACCOUNT NO.<br><br>**James Markus, Esq.**<br>**Markus Williams Young & Zimmerman, LLC**<br>**1700 Lincoln St Ste 4550**<br>**Denver, CO 80203-4500** | | | **Assignee or other notification for:**<br>**Colorado Business Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **9180**<br><br>**Essex Credit Corporation**<br>**12677 Alcosta Blvd Ste 400**<br>**San Ramon, CA 94583-4423** | X | | **7/25/14**<br>**Loan secured by a 2010 Monaco Camelot Motor Home**<br><br>VALUE $ **250,000.00** | | | | **153,838.20** | |
| ACCOUNT NO.<br><br><br><br> | | | VALUE $ | | | | | |

| | | |
|---|---|---|
| | Subtotal<br>(Total of this page) | $**2,111,334.99**    $ **187,869.88** |
| | Total<br>(Use only on last page) | $**2,111,334.99**    $ **187,869.88** |

__0__ continuation sheets attached

(Report also on Summary of Schedules.)       (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE __Milner Distribution Alliance, Inc._____    Case No. _____
                           Debtor(s)                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____ continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

**IN RE** Milner Distribution Alliance, Inc. _____ Case No. _____
                                                          Debtor(s)                                                  (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Phil Sanchez**<br>**4855 Cedarmere Dr**<br>**Colorado Springs, CO  80918-2727** | | | September 2014 Wages | | | X | **30,000.00** | **12,475.00** | **17,525.00** |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **30,000.00** $ **12,475.00** | $ **17,525.00** |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **30,000.00** | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ **12,475.00** | $ **17,525.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)**

IN RE Milner Distribution Alliance, Inc.                                    Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**3D Systems**<br>**PO Box 534963**<br>**Atlanta, GA  30353-4950** | | | **2014**<br>**Vendor** | | | | **244.41** |
| ACCOUNT NO.<br><br>**Adobe Photo Shop**<br>**Corporate Headquarters**<br>**345 Park Ave**<br>**San Jose, CA  95110-2704** | | | **Vendor** | | | | **69.98** |
| ACCOUNT NO.<br><br>**Amazon Fulfillment Services, Inc.**<br>**PO Box 84394**<br>**Seattle, WA  98124-5694** | | | **2014**<br>**Vendor** | | | | **198.55** |
| ACCOUNT NO.<br><br>**American Express**<br>**PO Box 650448**<br>**Dallas, TX  75265-0448** | X | | **2014**<br>**Vendor** | | | | **45,328.00** |

_____ **10** continuation sheets attached

|  | Subtotal (Total of this page) | $ **45,840.94** |
|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Milner Distribution Alliance, Inc.                                           Case No. _____
_____                                                      _____
                Debtor(s)                                                                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Andy Martin**<br>**C/O Donna Dell'Olio, Esq.**<br>**431 N Cascade Ave Ste 1**<br>**Colorado Springs, CO 80903-3301** | | | **Wage dispute/lawsuit** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**Anthem Blue Cross**<br>**PO Box 541013**<br>**Los Angeles, CA 90054-1013** | | | **2014**<br>**Vendor** | | | | **1,388.00** |
| ACCOUNT NO.<br>**Black Hills Energy**<br>**PO Box 6001**<br>**Rapid City, SD 57709-6001** | | | **2014**<br>**Vendor** | | | | **171.70** |
| ACCOUNT NO.<br>**Bogdan Petrescu**<br>**C/O Donna Dell"Olio, Esq.**<br>**431 N Cascade Ave Ste 1**<br>**Colorado Springs, CO 80903-3301** | | | **Wage dispute/lawsuit** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**Brent McDaniel**<br>**C/O Donna Dell"Olio, Esq.**<br>**431 N Cascade Ave Ste 1**<br>**Colorado Springs, CO 80903-3301** | | | **Wage dispute/lawsuit** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**Bret Milner**<br>**815 Woodmoor Acres Dr**<br>**Monument, CO 80132** | | | **Pending Lawsuit** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**Lewis Kuhn Swan, P.C.**<br>**620 N Tejon St Ste 101**<br>**Colorado Springs, CO 80903-1082** | | | **Assignee or other notification for:**<br>**Bret Milner** | | | | |

Sheet no. ___**1**___ of ___**10**___ continuation sheets attached to                                              Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                              (Total of this page) | $ | **1,559.70**

                                                                                                                              Total
                                             (Use only on last page of the completed Schedule F. Report also on
                                             the Summary of Schedules, and if applicable, on the Statistical
                                             Summary of Certain Liabilities and Related Data.) | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Milner Distribution Alliance, Inc.
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> C.H. Robinson <br> 36960 Eagle Way <br> Chicago, IL 60678-1369 | | | 2014 <br> Vendor | | | | 18,409.80 |
| ACCOUNT NO. <br><br> Century Link <br> Business Services <br> PO Box 52187 <br> Phoenix, AZ 85072-2187 | | | 2014 <br> Vendor | | | | 567.42 |
| ACCOUNT NO. <br><br> Century Link <br> PO Box 29040 <br> Phoenix, AZ 85038-9040 | | | 2014 <br> Vendor | | | | 420.19 |
| ACCOUNT NO. <br><br> Charles M. Schayer & Company <br> PO Box 17769 <br> Denver, CO 80217-0769 | | | 2014 <br> Vendor | | | | 24,672.33 |
| ACCOUNT NO. <br><br> Colorado Business Bank <br> Cardmember Services <br> PO Box 790408 <br> Saint Louis, MO 63179-0408 | | | 2014 <br> Credit Card | | | | 24,591.29 |
| ACCOUNT NO. <br><br> Colorado Rockies <br> Coors Field <br> 2001 Blake St <br> Denver, CO 80205-2060 | | | 2014 <br> Vendor | | | | 31,250.00 |
| ACCOUNT NO. <br><br> Comcast <br> PO Box 34227 <br> Seattle, WA 98124-1227 | | | 2014 <br> Vendor | | | | 80.71 |

Sheet no. **2** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 99,991.74

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Milner Distribution Alliance, Inc. _____   Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Commerce Technologies, Inc.<br>25736 Network Place<br>Chicago, IL 60673-1257 | | | 2014<br>Vendor | | | | 391.00 |
| ACCOUNT NO.<br><br>Daniel Lysyj<br>C/O Donna Dell"Olio, Esq.<br>431 N Cascade Ave Ste 1<br>Colorado Springs, CO 80903-3301 | | | Wage dispute/lawsuit | X | X | X | unknown |
| ACCOUNT NO.<br><br>David Rhoads<br>C/O Donna Dell'Olio, Esq.<br>431 N Cascade Ave Ste 1<br>Colorado Springs, CO 80903-3301 | | | Wage dispute/lawsuit | X | X | X | unknown |
| ACCOUNT NO.<br><br>Derek Smith<br>C/O Donna Dell'Olio, Esq.<br>431 N Cascade Ave Ste 1<br>Colorado Springs, CO 80903-3301 | | | Wage dispute/lawsuit | X | X | X | unknown |
| ACCOUNT NO.<br><br>Farmers Insurance<br>Mikeal Taylor Agency<br>3475 Briargate Blvd<br>Colorado Springs, CO 80920-4170 | | | 2014<br>Vendor | | | | 1,448.45 |
| ACCOUNT NO.<br><br>FastSigns<br>5154 N Academy Blvd<br>Colorado Springs, CO 80918-4002 | | | 2014<br>Vendor | | | | 1,778.34 |
| ACCOUNT NO.<br><br>Federal Express<br>PO Box 94515<br>Palatine, IL 60094-4515 | | | 2014<br>Vendor | | | | 234.29 |

Sheet no. __3__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 3,852.08

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Milner Distribution Alliance, Inc.**     Case No. _____

Debtor(s)                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Frontier Mechanical Services**<br>**1165 Garden of the Gods Rd**<br>**Colorado Springs, CO 80907-3407** | | | 2014<br>Vendor | | | | 3,211.44 |
| ACCOUNT NO.<br>**Gene's Lock And Key**<br>**4553 N Enchanted Cir**<br>**Colorado Springs, CO 80917-3105** | | | 2014<br>Vendor | | | | 305.00 |
| ACCOUNT NO.<br>**Graphic Mail**<br>**7925 NW 12th St Ste 312**<br>**Doral, FL 33126-1846** | | | 2014<br>Vendor | | | | 229.95 |
| ACCOUNT NO.<br>**Holland & Hart**<br>**PO Box 17283**<br>**Denver, CO 80217-0283** | | | 2014<br>Legal Fees | | | | 60,095.72 |
| ACCOUNT NO.<br>**Husch Blackwell**<br>**P.O. Box 802765**<br>**Kansas City, MO 64180-2765** | | | 2014<br>Vendor | | | | 80,281.20 |
| ACCOUNT NO.<br>**Inkcups Now**<br>**310 Andover St**<br>**Danvers, MA 01923-1383** | | | 2014<br>Vendor | | | | 360.00 |
| ACCOUNT NO.<br>**Iron Mountain**<br>**P.O. Box 915004**<br>**Dallas, TX 75391-5004** | | | 2014<br>Vendor | | | | 15.18 |

Sheet no. **4** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **144,498.49**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Milner Distribution Alliance, Inc. _____    Case No. _____
                                     Debtor(s)                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jason Jacobs<br>C/O Donna Dell"Olio, Esq.<br>431 N Cascade Ave Ste 1<br>Colorado Springs, CO  80903-3301 | | | Wage dispute/lawsuit | X | X | X | unknown |
| ACCOUNT NO.<br>Jessica M. Reedy<br>976 Burning Bush Pt<br>Monument, CO  80132-8652 | | | 2014<br>Services | | | | 476.00 |
| ACCOUNT NO.<br>Jonathan Panure<br>C/O Donna Dell"Olio, Esq.<br>431 N Cascade Ave Ste 1<br>Colorado Springs, CO  80903-3301 | | | Wage dispute/lawsuit | X | X | X | unknown |
| ACCOUNT NO.<br>Katzke Paper Co.<br>2495 S Delaware St<br>Denver, CO  80223-4322 | | | 2014<br>Vendor | | | | 44.76 |
| ACCOUNT NO.<br>Law Office Of Gregory A. Maceau, LLC<br>3225 Templeton Gap Rd Ste 205<br>Colorado Springs, CO  80907-8714 | | | 2014<br>Legal Fees | | | | 2,012.73 |
| ACCOUNT NO.<br>Lewan & Associates, Inc.<br>PO Box 173704<br>Denver, CO  80217-3704 | | | 2014<br>Vendor | | | | 867.00 |
| ACCOUNT NO.<br>Lonnie Enderle<br>C/O Donna Dell'Olio, Esq.<br>431 N Cascade Ave Ste 1<br>Colorado Springs, CO  80903-3301 | | | Wage dispute/lawsuit | X | X | X | unknown |

Sheet no. **5** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,400.49**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Milner Distribution Alliance, Inc. _____ Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Wage dispute/lawsuit | X | X | X | |
| Marc Mohr<br>C/O Donna Dell"Olio Esq.<br>431 N Cascade Ave Ste 1<br>Colorado Springs, CO  80903-3301 | | | | | | | unknown |
| ACCOUNT NO. | | | 2014<br>Vendor | | | | |
| Mercury Commerce, Inc.<br>1100 Shames Dr Unit 200<br>Westbury, NY  11590-1765 | | | | | | | 224.00 |
| ACCOUNT NO. | | | 2014<br>Vendor | | | | |
| Metro Printing<br>2200 Chambers Rd Ste A<br>Aurora, CO  80011-3209 | | | | | | | 3,977.21 |
| ACCOUNT NO. | | | 2014<br>Vendor | | | | |
| Millenium Concrete<br>5380 Tennyson St Ste F<br>Denver, CO  80212-4060 | | | | | | | 630.00 |
| ACCOUNT NO. | | | 2014<br>Legal services | | | | |
| Morganroth & Morganroth, PLLC<br>344 N Old Woodward Ave Ste 200<br>Birmingham, MI  48009-5310 | | | | | | | 170,488.65 |
| ACCOUNT NO. | | | 2013<br>Vendor | | | | |
| Mountain States Comm Credit Mgmt<br>333 W Hampden Ave Ste 820<br>Englewood, CO  80110-2338 | | | | | | | 768.45 |
| ACCOUNT NO. | | | 2014<br>Vendor | | | | |
| NetSuite<br>15612 Collections Center Drive<br>Chicago, IL  60693-0156 | | | | | | | 8,499.37 |

Sheet no. __6__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 184,587.68

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Milner Distribution Alliance, Inc.** _____ Case No. _____
                                        Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**NewCloud Networks** <br>**PO Box 17688** <br>**Denver, CO 80217-0688** | | | **2014** <br>**Vendor** | | | | 2,058.28 |
| ACCOUNT NO. <br><br>**Oakley** <br>**C/O Michael Friedland, Esq.** <br>**2040 Main St 14th Fl** <br>**Irvine, CA 92614-7216** | | | **2014** <br>**Settlement of lawsuit** | | | | 112,500.00 |
| ACCOUNT NO. <br><br>**Oakley, Inc.** <br>**Optics Service Center** <br>**11296 Harrel St** <br>**Mira Loma, CA 91752** | | | **Assignee or other notification for:** <br>**Oakley** | | | | |
| ACCOUNT NO. <br><br>**OpSec** <br>**1857 Colonial Village Lane** <br>**PO Box 10155** <br>**Lancaster, PA 17605-0155** | | | **2014** <br>**Vendor** | | | | 1,279.20 |
| ACCOUNT NO. <br><br>**Perkins Coie LLP** <br>**Client Accounting** <br>**1201 3rd Ave 49th Fl** <br>**Seattle, WA 98101-3029** | | | **2014** <br>**Services** | | | | 43,261.00 |
| ACCOUNT NO. <br><br>**Pitney Bowes** <br>**PO Box 371887** <br>**Pittsburgh, PA 15250** | | | **2014** <br>**Vendor** | | | | 19,243.20 |
| ACCOUNT NO. <br><br>**Plastic Creations LTD** <br>**4640 Ironton St** <br>**Denver, CO 80239-2924** | | | **2014** <br>**Vendor** | | | | 5,763.07 |

Sheet no. **7** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **184,104.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Milner Distribution Alliance, Inc.                              Case No. _____
_____
           Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Potai Enterprise Co.**<br>**20 Yunung Road**<br>**New Orleans, LA 70151** | | | **2014**<br>**Vendor** | | | | **34,842.00** |
| ACCOUNT NO.<br>**Rebecca Milner**<br>**815 Woodmoor Acres Dr**<br>**Monument, CO 80132** | | | **Pending lawuit** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**Lewis Kuhn Swan, P.C.**<br>**620 N Tejon St Ste 101**<br>**Colorado Springs, CO 80903-1082** | | | **Assignee or other notification for:**<br>**Rebecca Milner** | | | | |
| ACCOUNT NO.<br>**Remco Equipment Company**<br>**2210 Bott Ave**<br>**Colorado Springs, CO 80904-3726** | | | **2014**<br>**Vendor** | | | | **9,372.92** |
| ACCOUNT NO.<br>**Rhino Office Products**<br>**17 W Las Vegas St**<br>**Colorado Springs, CO 80903-4217** | | | **2014**<br>**Vendor** | | | | **503.84** |
| ACCOUNT NO.<br>**Rick Aulich**<br>**C/O Donna Dell'Olio, Esq.**<br>**431 N Cascade Ave Ste 1**<br>**Colorado Springs, CO 80903-3301** | | | **Wage dispute/lawsuit** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**Rocky Mountain Health Plans**<br>**PO Box 173704**<br>**Denver, CO 80217-3704** | | | **2014**<br>**Vendor** | | | | **3,852.13** |

Sheet no. **8** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **48,570.89**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Milner Distribution Alliance, Inc.** _____   Case No. _____
    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ryba Electric, Inc.**<br>**3405 N Prospect St Ste 100**<br>**Colorado Springs, CO  80907-5452** | | | **2014**<br>**Vendor** | | | | **1,654.88** |
| ACCOUNT NO.<br>**Sara Krueger**<br>**C/O Donna Dell'Olio, Esq.**<br>**431 N Cascade Ave Ste 1**<br>**Colorado Springs, CO  80903-3301** | | | **Wage dispute/lawsuit** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**Shannon Dolce**<br>**C/O Donna Dell'Olio, Esq.**<br>**431 N Cascade Ave Ste 1**<br>**Colorado Springs, CO  80903-3301** | | | **Wage dispute/lawsuit** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**Strata Leadership, LLC**<br>**105 N Hudson Ave Ste 650**<br>**Oklahoma City, OK  73102-4832** | | | **2014**<br>**Vendor** | | | | **193.97** |
| ACCOUNT NO.<br>**Trinity Mechanical, LLC**<br>**PO Box 1394**<br>**Palmer Lake, CO  80133-1394** | | | **2014**<br>**Vendor** | | | | **2,652.02** |
| ACCOUNT NO.<br>**Uline**<br>**Attn:  Accounts Receivable**<br>**PO Box 88741**<br>**Chicago, IL  60680-1741** | | | **2014**<br>**Vendor** | | | | **2,917.09** |
| ACCOUNT NO.<br>**UPS**<br>**Lockbox 577**<br>**Carol Stream, IL  60132-0577** | | | **2014**<br>**Vendor** | | | | **1,546.97** |

Sheet no. __**9**__ of __**10**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,964.93**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Milner Distribution Alliance, Inc.                          Case No. _____
_____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Viral Tag**<br>**Online Service** | | | 2014<br>Vendor | | | | 12.00 |
| ACCOUNT NO.<br><br>**Waste Management Of Colorado**<br>**PO Box 78251**<br>**Phoenix, AZ  85062-8251** | | | 2014<br>Vendor | | | | 1,753.74 |
| ACCOUNT NO.<br><br>**Wells Fargo Financial Leasing**<br>**PO Box 6434**<br>**Carol Stream, IL  60197-6434** | | | 2014<br>Vendor | | | | 2,136.43 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. **10** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | $ **3,902.17** |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ **729,273.86** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE Milner Distribution Alliance, Inc. _____   Case No. _____
            Debtor(s)                                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Colorado Rockies Baseball Club**<br>**Coors Field**<br>**2001 Blake St**<br>**Denver, CO  80205-2060** | **Colorado Rockies Sponsorship Agreement dated January 2014**<br>**3 year Sponsorship Agreement** |
| **Palmer Lake Technology Center, LLC**<br>**PO Box 1406**<br>**Monument, CO  80132-1406** | **Commercial Lease dated May 24, 2014**<br>**Premise Lease: Units 870 and 880 Commerical Lane, Palmer Lake, CO**<br>**Term:  June 15, 2014 - December 31, 2015**<br>**$2,535.83 per month** |
| **Legacy Brand Products, Inc.**<br>**2875 W Oxford Ave Unit 5**<br>**Englewood, CO  80110-4398** | **Distributorship Agreement dated 9/27/13** |
| **Major League Baseball Properties, Inc.**<br>**245 Park Ave 34th Fl**<br>**New York, NY  10167-0002** | **Major League Baseball Properties, Inc. License Agreement**<br>**License Period - January 1, 2014 - December 31, 2015**<br>**Licensed MLB team products** |
| **Hewlett Packard Financial Services Co.**<br>**200 Connell Dr, Suite 5000**<br>**Berkeley Heights, NJ  07922-2805** | **May 2014**<br>**Master Lease and Financing Agreement**<br>**HP Printing System**<br>**Terms:**<br>**58 months at $10,036.30 per month**<br>**(This is a financing agreement however the actual financing document is called a "lease").** |
| **Conestoga Equipment Finance Corp.**<br>**1033 S Hanover St**<br>**Pottstown, PA  19465-7525** | **May 23, 2014**<br>**Equipment Lease - Lens Cutting Equipment - 7000ND Excelon XQ Edger - No Drill; Exxpert Automatic Lens Blocker/Tracer**<br>**Term:**<br>**63 months with first 3 months at $0.00 and next 60 months $654.00 per month**<br>**(This is a financing agreement however the actual financing document is called a "lease").** |
| **Michigan State University**<br>**13 Msu Union**<br>**East Lansing, MI  48824** | **Michigan State University Trademark Licensing Agreement dated Feb.  2012**<br>**License Period - February 1, 2012 - December 31, 2014**<br>**Licensed team products** |
| **NFL Properties, LLC**<br>**345 Park Ave**<br>**New York, NY  10154-0004** | **NFL Properties, LLC License Agreement dated 4/1/14**<br>**License Period - Apri l, 2014 - March 31, 2015**<br>**Licensed NFL team products** |
| **Arapahoe II, LLC**<br>**7700 E Arapahoe Rd Ste 300**<br>**Centennial, CO  80112-1269** | **Office Building Lease dated April 29, 2014**<br>**Premise Lease: 7700 E. Arpahoe Road, Suite 250, Centennial, CO**<br>**Lease Term: June 1, 2014 - January 31, 2018**<br>**Monthly Payments:**<br>**6/1/14 - 6/30/14 - $0.00**<br>**7/1/14 - 5/31/15 - $2,028.31**<br>**6/1/15 - 5/31/16 - $2,863.50**<br>**6/1/16 - 5/31/17 - $2,943.04**<br>**6/1/17 - 1/31/18 - $3,022.58** |
| **Arapahoe II, LLC**<br>**7700 E Arapahoe Rd Ste 300**<br>**Centennial, CO  80112-1269** | **Office Building Lease dated April 29, 2014**<br>**Premise Lease: 7700 E. Arpahoe Road, Suite 270, Centennial, CO** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6G (Official Form 6G) (12/07) - Cont.**

**IN RE** <u>Milner Distribution Alliance, Inc.</u>                                    Case No. _____
                                    Debtor(s)                                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | **Lease Term: June 1, 2014 - January 31, 2018**<br><br>**Monthly Payments:**<br>**6/1/14 - 7/31/14 - $0.00**<br>**8/1/14 - 5/31/15 - $3,987.08**<br>**6/1/15 - 5/31/16 - $4,101.00**<br>**6/1/16 - 5/31/17 - $4,214.92**<br>**6/1/17 - 1/31/18 - $4,328.83** |
| **University Of Oregon**<br>**5286 University Of Oregon**<br>**360 E. 19th Ave., Suite 202**<br>**Eugene, OR  97403** | **Oregon Trademark Licensing Agreement datd July 2013**<br>**License Period - July 1, 2013 - June 30, 2014**<br>**Licensed team products** |
| **NetSuite**<br>**15612 Collections Center Drive**<br>**Chicago, IL  60693-0156** | **Subscription Services Agreement dated 10/26/12**<br>**Term of Agreement - 10/26/12 - 10/25/17** |
| **SDK!, LLC**<br>**PO Box 977**<br>**Monument, CO  80132-0977** | **Tenant Lease Agreement dated July 12, 2011**<br>**Premise Lease: 738 Synthes Avenue, Monument, CO (Unit Nos. 730, 732, 736, 738, and 740)**<br>**Lease Term: August 1, 2011 - December 31, 2015**<br>**Monthly Payments: $6,870.00 per month with annual increases** |
| **Collegiate Licensing Company**<br>**1075 Peachtree St NE # 3300**<br>**Atlanta, GA  30309-3912** | **The Collegiate Licensing Company License Agreement dated March 2014**<br>**License Period - 3/1/14 - 3/31/25**<br>**License of collegiate team products** |
| **The University Of Iowa**<br>**2425 Prairie Meadow Dr., #310 Khf**<br>**Iowa City, IA  52242** | **The University of Iowa Trademark Licensing Agreement dated 2012**<br>**License Period - January 1, 2012 - January 1, 2015**<br>**Licensed team products** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE Milner Distribution Alliance, Inc. _____     Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bret Milner**<br>**815 Woodmoor Acres Dr**<br>**Monument, CO  80132** | **Colorado Business Bank**<br>**118 E Pikes Peak Ave**<br>**Colorado Springs, CO  80903-1804** |
| **Richard And Nancy Milner**<br>**740 Synthes Ave**<br>**Monument, CO  80132-8102** | **Colorado Business Bank**<br>**118 E Pikes Peak Ave**<br>**Colorado Springs, CO  80903-1804** |
| | **Essex Credit Corporation**<br>**12677 Alcosta Blvd Ste 400**<br>**San Ramon, CA  94583-4423** |
| **Richard Milner**<br>**15620 Wildwind Terr S**<br>**Monument, CO  80132** | **American Express**<br>**PO Box 650448**<br>**Dallas, TX  75265-0448** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Milner Distribution Alliance, Inc.
_____
Debtor(s)

Case No. _____
(If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____
                                                                                            Debtor

Date: _____     Signature: _____
                                                                                   (Joint Debtor, if any)
                                                                  [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                                                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Milner Distribution Alliance, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**23** sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 23, 2014** _____     Signature: **_/s/ Richard Milner_** _____

                                    **Richard Milner** _____
                                                           (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

3D Systems
PO Box 534963
Atlanta, GA  30353-4950


Adobe Photo Shop
Corporate Headquarters
345 Park Ave
San Jose, CA  95110-2704


Amazon Fulfillment Services, Inc.
PO Box 84394
Seattle, WA  98124-5694


American Express
PO Box 650448
Dallas, TX  75265-0448


Andy Martin
C/O Donna Dell'Olio, Esq.
431 N Cascade Ave Ste 1
Colorado Springs, CO  80903-3301


Anthem Blue Cross
PO Box 541013
Los Angeles, CA  90054-1013


Arapahoe II, LLC
7700 E Arapahoe Rd Ste 300
Centennial, CO  80112-1269


Black Hills Energy
PO Box 6001
Rapid City, SD  57709-6001

```
Bogdan Petrescu
C/O Donna Dell"Olio, Esq.
431 N Cascade Ave Ste 1
Colorado Springs, CO  80903-3301


Brent McDaniel
C/O Donna Dell"Olio, Esq.
431 N Cascade Ave Ste 1
Colorado Springs, CO  80903-3301


Bret Milner
815 Woodmoor Acres Dr
Monument, CO  80132


C.H. Robinson
36960 Eagle Way
Chicago, IL  60678-1369


Century Link
Business Services
PO Box 52187
Phoenix, AZ  85072-2187


Century Link
PO Box 29040
Phoenix, AZ  85038-9040


Charles M. Schayer & Company
PO Box 17769
Denver, CO  80217-0769


Collegiate Licensing Company
1075 Peachtree St NE # 3300
Atlanta, GA  30309-3912
```

Colorado Business Bank
118 E Pikes Peak Ave
Colorado Springs, CO  80903-1804


Colorado Business Bank
Cardmember Services
PO Box 790408
Saint Louis, MO  63179-0408


Colorado Rockies
Coors Field
2001 Blake St
Denver, CO  80205-2060


Colorado Rockies Baseball Club
Coors Field
2001 Blake St
Denver, CO  80205-2060


Comcast
PO Box 34227
Seattle, WA  98124-1227


Commerce Technologies, Inc.
25736 Network Place
Chicago, IL  60673-1257


Conestoga Equipment Finance Corp.
1033 S Hanover St
Pottstown, PA  19465-7525


Daniel Lysyj
C/O Donna Dell"Olio, Esq.
431 N Cascade Ave Ste 1
Colorado Springs, CO  80903-3301

David Rhoads
C/O Donna Dell'Olio, Esq.
431 N Cascade Ave Ste 1
Colorado Springs, CO  80903-3301


Derek Smith
C/O Donna Dell'Olio, Esq.
431 N Cascade Ave Ste 1
Colorado Springs, CO  80903-3301


Donna Dell'Olio, Esq.
Cornish & Dell'Olio, P.C.
431 N Cascade Ave Ste 1
Colorado Springs, CO  80903-3301


Essex Credit Corporation
12677 Alcosta Blvd Ste 400
San Ramon, CA  94583-4423


Farmers Insurance
Mikeal Taylor Agency
3475 Briargate Blvd
Colorado Springs, CO  80920-4170


FastSigns
5154 N Academy Blvd
Colorado Springs, CO  80918-4002


Federal Express
PO Box 94515
Palatine, IL  60094-4515


Frontier Mechanical Services
1165 Garden of the Gods Rd
Colorado Springs, CO  80907-3407

Gene's Lock And Key
4553 N Enchanted Cir
Colorado Springs, CO  80917-3105


Graphic Mail
7925 NW 12th St Ste 312
Doral, FL  33126-1846


Hewlett Packard Financial Services Co.
200 Connell Dr, Suite 5000
Berkeley Heights, NJ  07922-2805


Holland & Hart
PO Box 17283
Denver, CO  80217-0283


Husch Blackwell
P.O. Box 802765
Kansas City, MO  64180-2765


Inkcups Now
310 Andover St
Danvers, MA  01923-1383


Iron Mountain
P.O. Box 915004
Dallas, TX  75391-5004


James Markus, Esq.
Markus Williams Young & Zimmerman, LLC
1700 Lincoln St Ste 4550
Denver, CO  80203-4500

```
Jason Jacobs
C/O Donna Dell"Olio, Esq.
431 N Cascade Ave Ste 1
Colorado Springs, CO  80903-3301


Jessica M. Reedy
976 Burning Bush Pt
Monument, CO  80132-8652


Jonathan Panure
C/O Donna Dell"Olio, Esq.
431 N Cascade Ave Ste 1
Colorado Springs, CO  80903-3301


Katzke Paper Co.
2495 S Delaware St
Denver, CO  80223-4322


Law Office Of Gregory A. Maceau, LLC
3225 Templeton Gap Rd Ste 205
Colorado Springs, CO  80907-8714


Legacy Brand Products, Inc.
2875 W Oxford Ave Unit 5
Englewood, CO  80110-4398


Lewan & Associates, Inc.
PO Box 173704
Denver, CO  80217-3704


Lewis Kuhn Swan, P.C.
620 N Tejon St Ste 101
Colorado Springs, CO  80903-1082
```

Lonnie Enderle
C/O Donna Dell'Olio, Esq.
431 N Cascade Ave Ste 1
Colorado Springs, CO  80903-3301


Major League Baseball Properties, Inc.
245 Park Ave 34th Fl
New York, NY  10167-0002


Marc Mohr
C/O Donna Dell"Olio Esq.
431 N Cascade Ave Ste 1
Colorado Springs, CO  80903-3301


Mercury Commerce, Inc.
1100 Shames Dr Unit 200
Westbury, NY  11590-1765


Metro Printing
2200 Chambers Rd Ste A
Aurora, CO  80011-3209


Michigan State University
13 Msu Union
East Lansing, MI  48824


Millenium Concrete
5380 Tennyson St Ste F
Denver, CO  80212-4060


Morganroth & Morganroth, PLLC
344 N Old Woodward Ave Ste 200
Birmingham, MI  48009-5310

Mountain States Comm Credit Mgmt
333 W Hampden Ave Ste 820
Englewood, CO  80110-2338


Nancy Milner
15620 Wildwind Terr S
Monument, CO  80132-0000


NetSuite
15612 Collections Center Drive
Chicago, IL  60693-0156


NewCloud Networks
PO Box 17688
Denver, CO  80217-0688


NFL Properties, LLC
345 Park Ave
New York, NY  10154-0004


Oakley
C/O Michael Friedland, Esq.
2040 Main St 14th Fl
Irvine, CA  92614-7216


Oakley, Inc.
Optics Service Center
11296 Harrel St
Mira Loma, CA  91752


OpSec
1857 Colonial Village Lane
PO Box 10155
Lancaster, PA  17605-0155

Palmer Lake Technology Center, LLC
PO Box 1406
Monument, CO  80132-1406


Perkins Coie LLP
Client Accounting
1201 3rd Ave 49th Fl
Seattle, WA  98101-3029


Phil Sanchez
4855 Cedarmere Dr
Colorado Springs, CO  80918-2727


Pitney Bowes
PO Box 371887
Pittsburgh, PA  15250


Plastic Creations LTD
4640 Ironton St
Denver, CO  80239-2924


Potai Enterprise Co.
20 Yunung Road
New Orleans, LA  70151


Rebecca Milner
815 Woodmoor Acres Dr
Monument, CO  80132


Remco Equipment Company
2210 Bott Ave
Colorado Springs, CO  80904-3726

Rhino Office Products
17 W Las Vegas St
Colorado Springs, CO  80903-4217


Richard And Nancy Milner
740 Synthes Ave
Monument, CO  80132-8102


Richard Milner
15620 Wildwind Terr S
Monument, CO  80132-0000


Richard Milner
15620 Wildwind Terr S
Monument, CO  80132


Rick Aulich
C/O Donna Dell'Olio, Esq.
431 N Cascade Ave Ste 1
Colorado Springs, CO  80903-3301


Rocky Mountain Health Plans
PO Box 173704
Denver, CO  80217-3704


Ryba Electric, Inc.
3405 N Prospect St Ste 100
Colorado Springs, CO  80907-5452


Sara Krueger
C/O Donna Dell'Olio, Esq.
431 N Cascade Ave Ste 1
Colorado Springs, CO  80903-3301

```
SDK!, LLC
PO Box 977
Monument, CO   80132-0977


Shannon Dolce
C/O Donna Dell'Olio, Esq.
431 N Cascade Ave Ste 1
Colorado Springs, CO   80903-3301


Strata Leadership, LLC
105 N Hudson Ave Ste 650
Oklahoma City, OK   73102-4832


The University Of Iowa
2425 Prairie Meadow Dr., #310 Khf
Iowa City, IA   52242


Trinity Mechanical, LLC
PO Box 1394
Palmer Lake, CO   80133-1394


Uline
Attn:  Accounts Receivable
PO Box 88741
Chicago, IL   60680-1741


University Of Oregon
5286 University Of Oregon
360 E. 19th Ave., Suite 202
Eugene, OR   97403


UPS
Lockbox 577
Carol Stream, IL   60132-0577
```

```
Waste Management Of Colorado
PO Box 78251
Phoenix, AZ  85062-8251


Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL  60197-6434
```