B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

IN RE: **Milner Distribution Alliance, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Morganroth & Morganroth, PLLC<br>344 N Old Woodward Ave Ste 200<br>Birmingham, MI 48009-5310 | | | | 170,488.65 |
| Oakley<br>C/O Michael Friedland, Esq.<br>2040 Main St 14th Fl<br>Irvine, CA 92614-7216 | Oakley, Inc.<br>Optics Service Center<br>11296 Harrel St<br>Mira Loma, CA 91752 | | | 112,500.00 |
| Husch Blackwell<br>P.O. Box 802765<br>Kansas City, MO 64180-2765 | | | | 80,281.20 |
| Holland & Hart<br>PO Box 17283<br>Denver, CO 80217-0283 | | | | 60,095.72 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | | | | 45,328.00 |
| Perkins Coie LLP<br>Client Accounting<br>1201 3rd Ave 49th Fl<br>Seattle, WA 98101-3029 | | | | 43,261.00 |
| Potai Enterprise Co.<br>20 Yunung Road<br>New Orleans, LA 70151 | | | | 34,842.00 |
| Colorado Rockies<br>Coors Field<br>2001 Blake St<br>Denver, CO 80205-2060 | | | | 31,250.00 |
| Charles M. Schayer & Company<br>PO Box 17769<br>Denver, CO 80217-0769 | | | | 24,672.33 |
| Colorado Business Bank<br>Cardmember Services<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | | | | 24,591.29 |
| Pitney Bowes<br>PO Box 371887<br>Pittsburgh, PA 15250 | | | | 19,243.20 |
| C.H. Robinson<br>36960 Eagle Way<br>Chicago, IL 60678-1369 | | | | 18,409.80 |
| Remco Equipment Company<br>2210 Bott Ave<br>Colorado Springs, CO 80904-3726 | | | | 9,372.92 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---:|
| NetSuite<br>15612 Collections Center Drive<br>Chicago, IL  60693-0156 | 8,499.37 |
| Plastic Creations LTD<br>4640 Ironton St<br>Denver, CO  80239-2924 | 5,763.07 |
| Metro Printing<br>2200 Chambers Rd Ste A<br>Aurora, CO  80011-3209 | 3,977.21 |
| Rocky Mountain Health Plans<br>PO Box 173704<br>Denver, CO  80217-3704 | 3,852.13 |
| Frontier Mechanical Services<br>1165 Garden of the Gods Rd<br>Colorado Springs, CO  80907-3407 | 3,211.44 |
| Uline<br>Attn: Accounts Receivable<br>PO Box 88741<br>Chicago, IL  60680-1741 | 2,917.09 |
| Trinity Mechanical, LLC<br>PO Box 1394<br>Palmer Lake, CO  80133-1394 | 2,652.02 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **September 23, 2014**        Signature: */s/ Richard Milner*

**Richard Milner, President**

(Print Name and Title)