## United States Bankruptcy Court
### District of Colorado

**IN RE:**                                                    Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.**                        Chapter **11**
Debtor(s)

**TO:**


**Andy Martin**
**C/O Donna Dell'Olio, Esq.**
**431 N Cascade Ave Ste 1**
**Colorado Springs, CO  80903-3301**

### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on ____**9/23/2014**____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).

### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __**23rd**__ day of __**September**__ , __**2014**__ I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.

*/s/ Jeffrey A. Weinman*

**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**

**jweinman@epitrustee.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

**IN RE:**
Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.**
Chapter **11**
*Debtor(s)*

**TO:**

**Bogdan Petrescu**
**C/O Donna Dell"Olio, Esq.**
**431 N Cascade Ave Ste 1**
**Colorado Springs, CO  80903-3301**

### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on ____**9/23/2014**____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

    (1)  the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)  the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

    (3)  any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

    (4)  any act to create, perfect, or enforce any lien against property of the estate;

    (5)  any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

    (6)  any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

    (7)  the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

    (8)  the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).

### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __**23rd**__ day of ___**September**___ , __**2014**__  I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.

*/s/ Jeffrey A. Weinman*

**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**

**jweinman@epitrustee.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                    Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.** _____    Chapter **11**
                        Debtor(s)

TO:


**Brent McDaniel**
**C/O Donna Dell"Olio, Esq.**
**431 N Cascade Ave Ste 1**
**Colorado Springs, CO  80903-3301**

### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on _____**9/23/2014**_____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

    (1)  the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)  the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

    (3)  any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

    (4)  any act to create, perfect, or enforce any lien against property of the estate;

    (5)  any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

    (6)  any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

    (7)  the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

    (8)  the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).

### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __**23rd**__ day of __**September**__ , __**2014**__  I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.


_/s/ Jeffrey A. Weinman_ _____

**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**

**jweinman@epitrustee.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                    Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.**                                     Chapter **11**
                              Debtor(s)

TO:


**Bret Milner**
**815 Woodmoor Acres Dr**
**Monument, CO  80132**


## NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on _____**9/23/2014**_____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).


## CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __**23rd**__ day of ___**September**___ , __**2014**__  I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.


*/s/ Jeffrey A. Weinman*

**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**

**jweinman@epitrustee.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                    Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.**                                    Chapter **11**
                            Debtor(s)

TO:


**Colorado Business Bank**
**118 E Pikes Peak Ave**
**Colorado Springs, CO  80903-1804**


### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on ____**9/23/2014**____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

    (1)  the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)  the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

    (3)  any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

    (4)  any act to create, perfect, or enforce any lien against property of the estate;

    (5)  any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

    (6)  any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

    (7)  the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

    (8)  the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).


### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the ___**23rd**___ day of ___**September**___ , ___**2014**___  I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.


                        */s/ Jeffrey A. Weinman*

                        **Jeffrey A. Weinman 7605**
                        **Weinman & Associates, P.C.**
                        **730 17th Street Suite 240**
                        **Denver, CO  80202**

                        **jweinman@epitrustee.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                          Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.** _____          Chapter **11** _____
                        Debtor(s)

TO:


**Colorado Business Bank**
**Cardmember Services**
**PO Box 790408**
**Saint Louis, MO  63179-0408**


### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on ____**9/23/2014**____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).


### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __**23rd**__ day of ___**September**___ , __**2014**__  I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.


_/s/ Jeffrey A. Weinman_ _____

**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**

**jweinman@epitrustee.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                          Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.**                          Chapter **11**
                    Debtor(s)

TO:


**Daniel Lysyj**
**C/O Donna Dell"Olio, Esq.**
**431 N Cascade Ave Ste 1**
**Colorado Springs, CO  80903-3301**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on _____**9/23/2014**_____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).


### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __**23rd**__ day of ___**September**___ , __**2014**__  I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.


                              */s/ Jeffrey A. Weinman*

                              **Jeffrey A. Weinman 7605**
                              **Weinman & Associates, P.C.**
                              **730 17th Street Suite 240**
                              **Denver, CO  80202**

                              **jweinman@epitrustee.com**

## United States Bankruptcy Court
### District of Colorado

IN RE:

Case No. __14-22962 SBB__

__Milner Distribution Alliance, Inc.__

Chapter __11__

Debtor(s)

TO:

**David Rhoads**
**C/O Donna Dell'Olio, Esq.**
**431 N Cascade Ave Ste 1**
**Colorado Springs, CO  80903-3301**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on ____**9/23/2014**____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

    (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

    (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

    (4) any act to create, perfect, or enforce any lien against property of the estate;

    (5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

    (6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

    (7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

    (8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).

### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the ___**23rd**___ day of ____**September**____ , ___**2014**___  I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.

*/s/ Jeffrey A. Weinman*

**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**

**jweinman@epitrustee.com**

## United States Bankruptcy Court
### District of Colorado

IN RE:                        Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.**              Chapter **11**
               Debtor(s)

TO:

**Derek Smith**
**C/O Donna Dell'Olio, Esq.**
**431 N Cascade Ave Ste 1**
**Colorado Springs, CO  80903-3301**

### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on ____**9/23/2014**____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

    (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

    (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

    (4) any act to create, perfect, or enforce any lien against property of the estate;

    (5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

    (6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

    (7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

    (8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).

### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __**23rd**__ day of ___**September**___ , __**2014**__  I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.

*/s/ Jeffrey A. Weinman*

**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**

**jweinman@epitrustee.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                          Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.**                          Chapter **11**
                          Debtor(s)

TO:

**Donna Dell'Olio, Esq.**
**Cornish & Dell'Olio, P.C.**
**431 N Cascade Ave Ste 1**
**Colorado Springs, CO  80903-3301**

### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on _____**9/23/2014**_____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).

### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __**23rd**__ day of ___**September**___ , __**2014**__  I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.

*/s/ Jeffrey A. Weinman*

**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**

**jweinman@epitrustee.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                 Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.**                                 Chapter **11**
_____
                    Debtor(s)

TO:


**James Markus, Esq.**
**Markus Williams Young & Zimmerman, LLC**
**1700 Lincoln St Ste 4550**
**Denver, CO  80203-4500**

## NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on _____**9/23/2014**_____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).


## CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the ___**23rd**___ day of ___**September**___ , ___**2014**___ I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.


/s/ Jeffrey A. Weinman
_____
**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**

**jweinman@epitrustee.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                      Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.**                        Chapter **11**

_____
                    Debtor(s)

TO:


**Jason Jacobs**
**C/O Donna Dell"Olio, Esq.**
**431 N Cascade Ave Ste 1**
**Colorado Springs, CO  80903-3301**


## NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on _____**9/23/2014**_____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

    (1)  the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)  the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

    (3)  any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

    (4)  any act to create, perfect, or enforce any lien against property of the estate;

    (5)  any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

    (6)  any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

    (7)  the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

    (8)  the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).


## CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __**23rd**__ day of ___**September**___ , __**2014**__  I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.


                                        _/s/ Jeffrey A. Weinman_____

                                        **Jeffrey A. Weinman 7605**
                                        **Weinman & Associates, P.C.**
                                        **730 17th Street Suite 240**
                                        **Denver, CO  80202**

                                        **jweinman@epitrustee.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                     Case No. **14-22962 SBB**

Milner Distribution Alliance, Inc.                                        Chapter **11**
                              Debtor(s)

TO:


Jonathan Panure
C/O Donna Dell"Olio, Esq.
431 N Cascade Ave Ste 1
Colorado Springs, CO  80903-3301

### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on _____**9/23/2014**_____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

    (1)  the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)  the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

    (3)  any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

    (4)  any act to create, perfect, or enforce any lien against property of the estate;

    (5)  any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

    (6)  any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

    (7)  the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

    (8)  the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).

### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __23rd__ day of ___September___ , __2014__  I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.


*/s/ Jeffrey A. Weinman*

Jeffrey A. Weinman 7605
Weinman & Associates, P.C.
730 17th Street Suite 240
Denver, CO  80202


jweinman@epitrustee.com

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                            Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.**                            Chapter **11**
                              Debtor(s)

TO:

**Lewis Kuhn Swan, P.C.**
**620 N Tejon St Ste 101**
**Colorado Springs, CO  80903-1082**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on ____**9/23/2014**____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).

## CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __**23rd**__ day of __**September**__ , __**2014**__ I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.

*/s/ Jeffrey A. Weinman*

**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**

**jweinman@epitrustee.com**

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                    Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.**             Chapter **11**
                        Debtor(s)

TO:

**Lonnie Enderle**
**C/O Donna Dell'Olio, Esq.**
**431 N Cascade Ave Ste 1**
**Colorado Springs, CO  80903-3301**

### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on _____**9/23/2014**_____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

    (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

    (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

    (4) any act to create, perfect, or enforce any lien against property of the estate;

    (5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

    (6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

    (7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

    (8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).

### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __**23rd**__ day of ___**September**___ , __**2014**__  I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.

*/s/ Jeffrey A. Weinman*

**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**

**jweinman@epitrustee.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

**IN RE:**

Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.**

Chapter **11**

Debtor(s)

**TO:**

**Marc Mohr**
**C/O Donna Dell"Olio Esq.**
**431 N Cascade Ave Ste 1**
**Colorado Springs, CO  80903-3301**

### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on ____**9/23/2014**____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).

### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __**23rd**__ day of ___**September**___ , __**2014**__  I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.

*/s/ Jeffrey A. Weinman*

**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**

**jweinman@epitrustee.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Colorado

IN RE:                                                      Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.**                      Chapter **11**
                        Debtor(s)

TO:

**Oakley**
**C/O Michael Friedland, Esq.**
**2040 Main St 14th Fl**
**Irvine, CA  92614-7216**

### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on ____**9/23/2014**____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).

### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the ___**23rd**___ day of ____**September**____ , ___**2014**___ I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.

_/s/ Jeffrey A. Weinman_

**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**

**jweinman@epitrustee.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                           Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.**                            Chapter **11**
                                   Debtor(s)

TO:


**Oakley, Inc.**
**Optics Service Center**
**11296 Harrel St**
**Mira Loma, CA  91752**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on ____**9/23/2014**____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).


### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __**23rd**__ day of ___**September**___ , __**2014**__  I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.


                                   */s/ Jeffrey A. Weinman*

                                   **Jeffrey A. Weinman 7605**
                                   **Weinman & Associates, P.C.**
                                   **730 17th Street Suite 240**
                                   **Denver, CO  80202**

                                   **jweinman@epitrustee.com**

## United States Bankruptcy Court
## District of Colorado

IN RE:                                                          Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.**                          Chapter **11**
                        Debtor(s)

TO:


**Phil Sanchez**
**4855 Cedarmere Dr**
**Colorado Springs, CO  80918-2727**


### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on _____**9/23/2014**_____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).


### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __**23rd**__ day of ___**September**___ , __2014__   I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.


*/s/ Jeffrey A. Weinman*

**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**


**jweinman@epitrustee.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                    Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.**                                    Chapter **11**
                         Debtor(s)

TO:


**Rebecca Milner**
**815 Woodmoor Acres Dr**
**Monument, CO  80132**


### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on ____**9/23/2014**____, in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

    (1)  the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)  the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

    (3)  any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

    (4)  any act to create, perfect, or enforce any lien against property of the estate;

    (5)  any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

    (6)  any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

    (7)  the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

    (8)  the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).


### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __**23rd**__ day of ___**September**___ , __**2014**__ I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.


*/s/ Jeffrey A. Weinman*

**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**

**jweinman@epitrustee.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Colorado

**IN RE:**                                                                    Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.**                                        Chapter **11**
Debtor(s)

**TO:**


**Rick Aulich**
**C/O Donna Dell'Olio, Esq.**
**431 N Cascade Ave Ste 1**
**Colorado Springs, CO  80903-3301**

### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on ____**9/23/2014**____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).

### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __**23rd**__ day of ___**September**___ , __**2014**__  I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.


*/s/ Jeffrey A. Weinman*

**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**

**jweinman@epitrustee.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                    Case No. **14-22962 SBB** _____

**Milner Distribution Alliance, Inc.** _____   Chapter **11** _____
                                    Debtor(s)

TO:


**Sara Krueger**
**C/O Donna Dell'Olio, Esq.**
**431 N Cascade Ave Ste 1**
**Colorado Springs, CO  80903-3301**

### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on _____**9/23/2014**_____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

    (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

    (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

    (4) any act to create, perfect, or enforce any lien against property of the estate;

    (5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

    (6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

    (7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

    (8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).

### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __**23rd**__ day of ___**September**___ , __**2014**__  I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.


*/s/ Jeffrey A. Weinman* _____

**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**


**jweinman@epitrustee.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:

Case No. **14-22962 SBB**

**Milner Distribution Alliance, Inc.**

Chapter **11**

Debtor(s)

TO:

**Shannon Dolce**
**C/O Donna Dell'Olio, Esq.**
**431 N Cascade Ave Ste 1**
**Colorado Springs, CO  80903-3301**

### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on ____**9/23/2014**____ , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).

### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the __**23rd**__ day of ___**September**___ , __**2014**__  I sent a true and correct copy of the above Notice of Automatic Stay via ~~Facsimile~~ / United States Mail postage prepaid to the above stated person.

*/s/ Jeffrey A. Weinman*

**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**

**jweinman@epitrustee.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only